**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01470-CV

### SAM GRIFFIN FAMILY INVESTMENTS-I, INC. D/B/A BUMPER TO BUMBER CAR WASH, Appellant

### V.

### DALLAS CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-10450-H**

## ORDER

We **GRANT** appellant's August 12, 2013 motion for an extension of time to file a brief.

Appellant shall file its brief on or before Monday, August 19, 2013.

/s/     DAVID LEWIS
        JUSTICE